CAUSE NO. 03-15-00470-CR

PATRICK HEANEY
   Appellant

V.

THE STATE OF TEXAS
   Appellee

§ IN THE COURT OF APPEALS

§ THIRD DISTRICT

§ IN Austin Texas

FILED
November 5, 2015
APPEALS
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## MOTION FOR CLERK'S RECORD / REPORTER RECORD

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Patrick Heaney, Appellant pro se in the above styled and numbered cause of action and files this motion for Appellate Record to include the clerk's record and reporter's record pursuant to 28 U.S.C.A. § 753 (F) of Federal Civil Judicial Procedure and rules, and would show the Court the following:

### I.

Appellant, Patrick Heaney # 1987843, is currently incarcerated in the Texas Department of Criminal Justice located at Dominguez Unit 6535 Cagnon Rd., San Antonio, Texas 78252. Appellant is indigent and has been previously been found indigent by this court on the same matter. Appellant is appealing his conviction and requests the Court to furnish the Appellant Record to adequately defend his self. As a matter of Constitutional EQUAL PROTECTION an indigent criminal defendant is entitled to FREE TRANSCRIPTS of prior proceedings when that transcript is needed for an effective defense or appeal. Britt v. North Carolina 404 U.S. 226, 227 (1971)

### II.

The duty of the State under Texas law is to assure the indigent defendant an adequate opportunity to present at least once a a complete review of all his claims of reversible error in the context of the states appellate process. Appellant maintains that the trial court cause on appeal no. DIDC-14-205206 is factually related to DIDC-14-301810. Therefore, appellant requests the record to include both charges. Namely, DIDC-14-301810 search warrant affidavit and the search warrant. Police incident report 14-2470632. Appellant pro se motion(s) filed in the fall of 2014. Dismissal Forms charges dismissed on 03-06-2015.

RECEIVED
NOV 0 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

1 of 2

## III.

Appellant has written the The Travis County District Clerk, as directed by This court (exhibit A) on August 14, 2015 and again on September 24th, 2015. Appellant has not recieved a response from The court Clerk. Tex. R. App. P. 34.5 c) 1) Appellant has recieved a response from The Honorable Roxanne Davenport dated Oct. 12, 2015 pursuant to Tex. R. App. P. 34.6 and she requests $84.50 for the Record. Appellant needs the Clerks Record in order to perfect his appeal.

WHEREFORE, PREMISES CONSIDERED, the appellant prays that The court GRANT THIS MOTION FOR APPELLATE RECORD and since appellant is indigent order The Reporter to transcribe the proceedings and for her to be paid from The TRAVIS County General funds, in the amount set by the trial court. Tex. R. App. P. 20.2

### UNSWORN DECLARATION

I, Patrick Heavey, #1987843 being presently incarcerated in the Tex. Dept. of Crim. Justice at The Dominguez Unit in Bexar County Texas, verify and declare under penalty of Perjury That the foregoing is TRUE and CORRECT.

Executed on this 1st day of November in the year 2015.

_____ Declarant

### ORDER

On this the ___ day of _____ 2015, came to be heard The Appellant's Motion FOR CLERK'S RECORD / REPORTER RECORD and after due consideration of the same it is, ORDERED that this motion shall be:

___ GRANTED / ___ DENIED

_____
Justice Presiding



A



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

August 10, 2015

Mr. Patrick Heaney
TDCJ ID #1987843
Dominguez Unit
6535 Cagnon Road
San Antonio, TX 78252

RE:    Court of Appeals Number:    03-15-00470-CR
        Trial Court Case Number:    D-1-DC-14-205206

Style:    Patrick Heaney
        v. The State of Texas

Dear Mr. Heaney:

In response to your correspondence dated August 6, 2015, please be advised that in all criminal cases, the clerk and reporter must file the record in duplicate, and the record must be retained by the trial court clerk. The trial court clerk is required to furnish a copy of the record if requested by a pro se litigant. *See* Tex. R. App. P. 34.5(g) and 34.6(h). Appellant should make a written request to the district clerk and send it to the following address:

Honorable Velva Price
Travis County District Clerk
P.O. Box 679003
Austin, Texas 78767-9003

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*

Liz Talerico, Deputy Clerk

cc:    The Honorable Rosemary Lehmberg

The Honorable Jeffery D Kyle                    November 1st 2015
Court of Appeals, Clerk

Dear MR. Kyle,

    Enclosed pleas find appellant's pro se Motion For
Clerks' Record / Reporter's Record And 1 Exhibit.

    Please file this Motion And bring it to the
attention of the Court.

    Also, please notify by "E-mail" The Honorable Rosemary
Lehmberg at The Travis County Court house of this
filing.

    I also request that you notify me of the Court's
Ruling on my Motion.

                            Sincerely

                            Patrick Heaney  appellant pro se

                            Patrick Heaney 1987843
                            Dominguez Unit
                            6535 Cagnon Rd.
                            San Antonio, Tx. 78252

RECEIVED
NOV 0 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Patrick Henning 1878817
Dominguez Unit
6535 Cagnon Rd.
San Antonio, Tx.
78252

Legal Mail

SAN ANTONIO TX 782
RIO GRANDE DISTRICT
02 NOV 2015 PM 3 L

The Honorable Jeffrey D. Kyle
Third District Court of Appeals
P.O. Box 12547
Austin, Tx. 78711-2547

78711254747